UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:15-CV-62185-PAS

VIRGINA GABRIEL,

        Plaintiff,

vs.

SETERUS, INC.,

        Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS

THIS MATTER is before the Court on Plaintiff's Motion for Leave to Amend the Complaint and Incorporated Memorandum of Law [DE 24] filed in lieu of a response to Defendant's Motion to Dismiss [DE 14]. The parties' deadline for amending pleadings is February 26, 2016 [DE 17], and Plaintiff has advised that Defendant does not object to the filing of an amended complaint. Therefore, it is

ORDERED THAT

(1)    Plaintiff's Motion for Leave to Amend the Complaint and Incorporated Memorandum of Law [DE 24] is **GRANTED**.

(2)    By no later than **Tuesday, January 19, 2016**, Plaintiff must refile her Amended Complaint [DE 24-2] as a separate docket entry.

(3)    Defendant's Motion to Dismiss [DE 14] is **DENIED AS MOOT**.

DONE AND ORDERED in Miami, Florida, this 13TH day of January, 2016.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record

1